IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-11229
_____

**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**May 26, 2005**

**Charles R. Fulbruge III**
**Clerk**

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

TERRELL M CLARK

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Northern District of Texas
(04-CR-70)
---------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:*

IT IS ORDERED that the Appellee's unopposed motion to vacate

the sentence is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed motion

to remand the case for resentencing is granted.

IT IS FURTHER ORDERED that the Appellee's unopposed

alternative motion to extend time to file the Appellee's brief

_____

* Pursuant to 5th Cir. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5th Cir. R.
47.5.4.

fourteen (14) days from the Court's denial of the Appellee's motion to vacate and remand is denied as moot.